UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 17 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDWIN FERNANDO MARTINEZ,

        Defendant.

CASE NO. 12-cr-02960-IEG

**JUDGMENT OF DISMISSAL**

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) - Possession of Cocaine with Intent to Distribute

(Felony)(1)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/17/12

Louisa S. Porter
U.S. Magistrate Judge

RECEIVED IN DOCKETING
AUG 21 2012